

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Lee McDonald | Civil Action No.   15cv1306-H-KSC |
| Plaintiff, | |
| V. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the court grants in part and denies in part Plaintiff's motion for summary judgment, denies Defendant's cross-motion for summary judgment, and remands the action to the Commissioner of Social Security for further administrative proceedings.

Date:   5/4/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  N. Peltier

N. Peltier, Deputy